# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK LEROY BLACK, | : | CASE NO. 3:13-cv-00621-GBC |
| Plaintiff, | : : | (MAGISTRATE JUDGE COHN) |
| v. | : : | ORDER TO DENY PLAINTIFF'S APPEAL, AFFIRM THE DECISION OF THE |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : : : | COMMISSIONER, AND CLOSE THE CASE Docs. 5,6,7,8,9 |
| Defendant. | : : | |

In accordance with the accompanying memorandum, IT IS HEREBY ORDERED THAT:

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Jack Leroy Black disability insurance benefits is affirmed; and

4. The Clerk of Court shall close this case.

Dated: September 30, 2014                         s/Gerald B. Cohn
                                                                                   GERALD B. COHN
                                           UNITED STATES MAGISTRATE JUDGE